## 65461. DEPARTMENT OF OFFENDER REHABILITATION v. MEEKS.

BANKE, Judge.

This is a direct appeal from an order of the Superior Court of Habersham County rendered March 24, 1982, affirming a decision of the State Personnel Board which reversed the termination of appellee's employment as a correctional officer II at the Georgia Industrial Institute in Alto, Georgia. Because the appeal was not brought under the discretionaray appeal provisions of OCGA § 5-6-35 (Code Ann. § 6-701.1), it must be dismissed for lack of jurisdiction. *Porter v. Marcus,* 156 Ga. App. 368 (274 SE2d 168) (1980); *Evans v. Davey,* 154 Ga. App. 269 (267 SE2d 875) (1980).

Recognizing this jurisdictional defect, counsel for appellant has moved for an out-of-time application for discretionary appeal, offering as explanation for the delay some confusion resulting from the reorganization of the State Law Department. We find no authority to grant such a motion under OCGA § 5-6-35 (Code Ann. § 6-701.1).

*Appeal dismissed. Deen, P. J., and Carley, J., concur.*

DECIDED JANUARY 31, 1983.

*Michael J. Bowers, Attorney General, Susan V. Boleyn, Assistant Attorney General, Victoria Soto, Staff Assistant Attorney General,* for appellant.
*Thomas L. Carter, Jr.,* for appellee.